

501 S Washington Ave
Ste 1000
Scranton, PA 18505

DIRECT DEPOSIT VOUCHER

Direct Deposit Advice

**Check Date** December 12, 2025

**Voucher Number** 99973

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1146 | 1,395.25 |
| **Total Direct Deposits** | | | **1,395.25** |

117893   240200   1566  99973  98459         **117893**

**Christina Marie Calamaco**
165 S Hyde Park Ave
2nd FL
Scranton, PA  18504

## Non Negotiable - This is not a check - Non Negotiable

### The Wright Center for Graduate Medical Education

**Christina Marie Calamaco**                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **1566** | Fed Taxable Income | **1,685.52** | Check Date | **December 12, 2025** |
| Location | **240200** | Fed Filing Status | **H** | Period Beginning | **November 23, 2025** |
| Hourly | **$23.76** | State Filing Status | **S-0** | Period Ending | **December 6, 2025** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **99973** |
| Net Pay | **1,395.25** |
| Total Hours Worked | **57.7001** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 01 Ind Day | | | | 190.08 |
| 02 Labor | | | | 190.08 |
| 03Thanksgv | 23.76 | 8.00 | 190.08 | 190.08 |
| 06Christma | | | | 186.32 |
| 08NewYear | | | | 186.32 |
| 11Memorial | | | | 190.08 |
| 403b ER | | 0.00 | 140.09 | 3,587.74 |
| Bonus | | | | 3,465.00 |
| Comm Svc | | | | 47.52 |
| DNTL DP I | | 0.00 | 17.59 | 404.57 |
| ER Dental | | 0.00 | 25.87 | 595.01 |
| ER Life | | 0.00 | 2.93 | 67.39 |
| ER LTD | | 0.00 | 4.00 | 92.00 |
| ER QHD | | 0.00 | 381.15 | 8,766.45 |
| ER Vision | | 0.00 | 6.64 | 152.72 |
| Hol Float | 23.76 | 8.00 | 190.08 | 939.12 |
| Holiday | | | | 0.00 |
| HSAER | | | | 2,000.00 |
| Overtime | | | | 239.85 |
| PTO | | | | 3,602.17 |
| Other | | | 1,375.04 | 39,219.13 |
| **Gross Earnings** | | **73.7001** | **1,772.79** | **51,050.32** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B >50 Elec Wvd | 20.00 | 500.00 |
| Critical Illness | 4.30 | 98.90 |
| DP Imputed Income Den | 17.59 | 404.57 |
| DP Imputed Income Vis | 4.09 | 94.07 |
| Hosp Indemnity | 11.81 | 271.63 |
| HSA EMPLOYER CONTRIB | | 2,000.00 |
| QHD | 67.27 | 1,547.21 |
| **Deductions** | **125.06** | **4,916.38** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK | C     ***1146 | 1,395.25 |
| **Total Direct Deposits** | | **1,395.25** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | H | 1,685.52 | 8.42 | 3,455.38 |
| MED | | 1,705.52 | 24.73 | 688.80 |
| PA | S-0 | 1,705.52 | 52.36 | 1,458.35 |
| PA-350108 | | 1,705.52 | 57.99 | 1,615.11 |
| PA-SO44 | | 1,705.52 | 2.00 | 50.00 |
| PASUI-E | | 1,772.79 | 1.24 | 34.33 |
| SS | | 1,705.52 | 105.74 | 2,945.22 |
| **Taxes** | | | **252.48** | **10,247.19** |

The Wright Center for Graduate Medical Education | 501 S Washington Ave Ste 1000  Scranton, PA 18505 | (570) 941-0630 | FEIN: 23-2007832 | PA: 35-22144



501 S Washington Ave
Ste 1000
Scranton, PA 18505

DIRECT DEPOSIT VOUCHER

117893   240200   1566  100667  99126      **117893**

**Christina Marie Calamaco**
720 south irving ave
2nd FL
Scranton, PA  18505

Direct Deposit Advice

**Check Date**
December 26, 2025

**Voucher Number**
100667

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1146 | 956.13 |
| **Total Direct Deposits** | | | **956.13** |

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### The Wright Center for Graduate Medical Education

**Christina Marie Calamaco**

**Earnings Statement**

| Employee ID | **1566** | Fed Taxable Income | **1,163.99** | Check Date | **December 26, 2025** | Voucher Number | **100667** |
|---|---|---|---|---|---|---|---|
| Location | **240200** | Fed Filing Status | **H** | Period Beginning | **December 7, 2025** | Net Pay | **956.13** |
| Hourly | **$23.76** | State Filing Status | **S-0** | Period Ending | **December 20, 2025** | Total Hours Worked | **51.75** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 01 Ind Day | | | | 190.08 |
| 02 Labor | | | | 190.08 |
| 03Thanksgv | | | | 190.08 |
| 06Christma | | | | 186.32 |
| 08NewYear | | | | 186.32 |
| 11Memorial | | | | 190.08 |
| 403b ER | | 0.00 | 98.37 | 3,686.11 |
| Bonus | | | | 3,465.00 |
| Comm Svc | | | | 47.52 |
| DNTL DP I | | 0.00 | 17.59 | 422.16 |
| ER Dental | | 0.00 | 25.87 | 620.88 |
| ER Life | | 0.00 | 2.93 | 70.32 |
| ER LTD | | 0.00 | 4.00 | 96.00 |
| ER QHD | | 0.00 | 381.15 | 9,147.60 |
| ER Vision | | 0.00 | 6.64 | 159.36 |
| Hol Float | | | | 939.12 |
| Holiday | | | | 0.00 |
| HSAER | | | | 2,000.00 |
| Overtime | | | | 239.85 |
| PTO | | | | 3,602.17 |
| Other | | | 1,233.67 | 40,452.80 |
| **Gross Earnings** | | **51.75** | **1,251.26** | **52,301.58** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | H | 1,163.99 | 0.00 | 3,455.38 |
| MED | | 1,183.99 | 17.17 | 705.97 |
| PA | S-0 | 1,183.99 | 36.35 | 1,494.70 |
| PA-350108 | | 1,183.99 | 40.26 | 1,655.37 |
| PA-SO44 | | 1,183.99 | 2.00 | 52.00 |
| PASUI-E | | 1,251.26 | 0.88 | 35.21 |
| SS | | 1,183.99 | 73.41 | 3,018.63 |
| **Taxes** | | | **170.07** | **10,417.26** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B >50 Elec Wvd | 20.00 | 520.00 |
| Critical Illness | 4.30 | 103.20 |
| DP Imputed Income Den | 17.59 | 422.16 |
| DP Imputed Income Vis | 4.09 | 98.16 |
| Hosp Indemnity | 11.81 | 283.44 |
| HSA EMPLOYER CONTRIB | | 2,000.00 |
| QHD | 67.27 | 1,614.48 |
| **Deductions** | **125.06** | **5,041.44** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK | C | ***1146 | 956.13 |
| **Total Direct Deposits** | | | **956.13** |

The Wright Center for Graduate Medical Education | 501 S Washington Ave Ste 1000  Scranton, PA 18505 | (570) 941-0630 | FEIN: 23-2007832 | PA: 35-22144



501 S Washington Ave
Ste 1000
Scranton, PA 18505

DIRECT DEPOSIT VOUCHER

Direct Deposit Advice

**Check Date** January 9, 2026

**Voucher Number** 101350

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1146 | 1,384.61 |
| **Total Direct Deposits** | | | **1,384.61** |

117893   240200   1566   101350   99787   **117893**

**Christina Marie Calamaco**
720 south irving ave
2nd FL
Scranton, PA  18505

Non Negotiable - This is not a check - Non Negotiable

## The Wright Center for Graduate Medical Education

**Christina Marie Calamaco**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **1566** | Fed Taxable Income | **2,041.37** | Check Date | **January 9, 2026** |
| Location | **240200** | Fed Filing Status | **H** | Period Beginning | **December 21, 2025** |
| Hourly | **$23.76** | State Filing Status | **S-0** | Period Ending | **January 3, 2026** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | 101350 |
| Net Pay | 1,384.61 |
| Total Hours Worked | 43.1333 |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| 06Christma | 23.76 | 8.00 | 190.08 | 190.08 |
| 08NewYear | 23.76 | 8.00 | 190.08 | 190.08 |
| 403b ER | | 0.00 | 152.92 | 152.92 |
| DNTL DP I | | 0.00 | 17.37 | 17.37 |
| ER Dental | | 0.00 | 25.55 | 25.55 |
| ER Life | | 0.00 | 2.79 | 2.79 |
| ER LTD | | 0.00 | 3.81 | 3.81 |
| ER QHD | | 0.00 | 769.67 | 769.67 |
| ER Vision | | 0.00 | 6.73 | 6.73 |
| Hol Float | 23.76 | 16.00 | 380.16 | 380.16 |
| MDCL DP | | 0.00 | 243.85 | 243.85 |
| Reg | 23.76 | 43.1333 | 1,024.85 | 1,024.85 |
| ShiftDiff | 25.26 | 5.00 | 126.30 | 126.30 |
| VIS DP II | | 0.00 | 4.15 | 4.15 |
| **Gross Earnings** | | **80.1333** | **2,176.84** | **2,176.84** |

| **Taxes** | **Filing Status** | **Taxable** | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | H | 2,041.37 | 42.97 | 42.97 |
| MED | | 2,061.37 | 29.89 | 29.89 |
| PA | S-0 | 2,061.37 | 63.28 | 63.28 |
| PA-350108 | | 2,061.37 | 70.09 | 70.09 |
| PA-SO44 | | 2,061.37 | 2.00 | 2.00 |
| PASUI-E | | 2,176.84 | 1.52 | 1.52 |
| SS | | 2,061.37 | 127.80 | 127.80 |
| **Taxes** | | | **337.55** | **337.55** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403B >50 Elec Wvd | 20.00 | 20.00 |
| Critical Illness | 7.95 | 7.95 |
| Dental Ins | 2.68 | 2.68 |
| DP Imputed Income Den | 17.37 | 17.37 |
| DP Imputed Income Med | 243.85 | 243.85 |
| DP Imputed Income Vis | 4.15 | 4.15 |
| DP Post Tax Dental | 2.85 | 2.85 |
| DP Post Tax Medical | 43.04 | 43.04 |
| HSA | 20.00 | 20.00 |
| QHD | 92.79 | 92.79 |
| **Deductions** | **454.68** | **454.68** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| WELLS FARGO BANK | C | ***1146 | 1,384.61 |
| **Total Direct Deposits** | | | **1,384.61** |

The Wright Center for Graduate Medical Education | 501 S Washington Ave Ste 1000  Scranton, PA 18505 | (570) 941-0630 | FEIN: 23-2007832 | PA: 35-22144



501 S Washington Ave  
Ste 1000  
Scranton, PA 18505

DIRECT DEPOSIT VOUCHER

117893   240200   1566   102037   100451          117893

**Christina Marie Calamaco**  
720 south irving ave  
2nd FL  
Scranton, PA  18505

Non Negotiable - This is not a check - Non Negotiable

Direct Deposit Advice

**Check Date**  
January 23, 2026

**Voucher Number**  
102037

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1146 | 1,293.42 |
| **Total Direct Deposits** | | | **1,293.42** |

Non Negotiable - This is not a check - Non Negotiable

## The Wright Center for Graduate Medical Education

**Christina Marie Calamaco**                                                                                         **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **1566** | Fed Taxable Income | **1,917.84** | Check Date | **January 23, 2026** | Voucher Number | **102037** |
| Location | **240200** | Fed Filing Status | **H** | Period Beginning | **January 4, 2026** | Net Pay | **1,293.42** |
| Hourly | **$23.76** | State Filing Status | **S-0** | Period Ending | **January 17, 2026** | Total Hours Worked | **66.75** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 06Christma | | | | 190.08 |
| 08NewYear | | | | 190.08 |
| 403b ER | | 0.00 | 143.04 | 295.96 |
| DNTL DP I | | 0.00 | 17.37 | 34.74 |
| ER Dental | | 0.00 | 25.55 | 51.10 |
| ER Life | | 0.00 | 2.79 | 5.58 |
| ER LTD | | 0.00 | 3.81 | 7.62 |
| ER QHD | | 0.00 | 769.67 | 1,539.34 |
| ER Vision | | 0.00 | 6.73 | 13.46 |
| Hol Float | 23.76 | 8.00 | 190.08 | 570.24 |
| MDCL DP | | 0.00 | 243.85 | 487.70 |
| PTO | 23.76 | 0.50 | 11.88 | 11.88 |
| Reg | 23.76 | 66.75 | 1,585.98 | 2,610.83 |
| ShiftDiff | | | | 126.30 |
| VIS DP II | | 0.00 | 4.15 | 8.30 |
| **Gross Earnings** | | **75.25** | **2,053.31** | **4,230.15** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | H | 1,917.84 | 28.14 | 71.11 |
| MED | | 1,937.84 | 28.10 | 57.99 |
| PA | S-0 | 1,937.84 | 59.49 | 122.77 |
| PA-350108 | | 1,937.84 | 65.89 | 135.98 |
| PA-SO44 | | 1,937.84 | 2.00 | 4.00 |
| PASUI-E | | 2,053.31 | 1.44 | 2.96 |
| SS | | 1,937.84 | 120.15 | 247.95 |
| **Taxes** | | | **305.21** | **642.76** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B >50 Elec Wvd | 20.00 | 40.00 |
| Critical Illness | 7.95 | 15.90 |
| Dental Ins | 2.68 | 5.36 |
| DP Imputed Income Den | 17.37 | 34.74 |
| DP Imputed Income Med | 243.85 | 487.70 |
| DP Imputed Income Vis | 4.15 | 8.30 |
| DP Post Tax Dental | 2.85 | 5.70 |
| DP Post Tax Medical | 43.04 | 86.08 |
| HSA | 20.00 | 40.00 |
| QHD | 92.79 | 185.58 |
| **Deductions** | **454.68** | **909.36** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK | C | ***1146 | 1,293.42 |
| **Total Direct Deposits** | | | **1,293.42** |

The Wright Center for Graduate Medical Education | 501 S Washington Ave Ste 1000  Scranton, PA 18505 | (570) 941-0630 | FEIN: 23-2007832 | PA: 35-22144



501 S Washington Ave
Ste 1000
Scranton, PA 18505

DIRECT DEPOSIT VOUCHER

| | | | | | |
|---|---|---|---|---|---|
| 117893 | 240200 | 1566 | 102728 | 101120 | **117893** |

**Christina Marie Calamaco**
720 south irving ave
2nd FL
Scranton, PA 18505

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| February 6, 2026 | 102728 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1146 | 1,024.25 |
| **Total Direct Deposits** | | | **1,024.25** |

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### The Wright Center for Graduate Medical Education

**Christina Marie Calamaco**                                                                                    **Earnings Statement**

| Employee ID | 1566 | Fed Taxable Income | 1,571.34 | Check Date | February 6, 2026 | Voucher Number | 102728 |
|---|---|---|---|---|---|---|---|
| Location | 240200 | Fed Filing Status | H | Period Beginning | January 18, 2026 | Net Pay | 1,024.25 |
| Hourly | $23.76 | State Filing Status | S-0 | Period Ending | January 31, 2026 | Total Hours Worked | 60.6667 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 06Christma | | | | 190.08 |
| 08NewYear | | | | 190.08 |
| 403b ER | | 0.00 | 115.32 | 411.28 |
| DNTL DP I | | 0.00 | 17.37 | 52.11 |
| ER Dental | | 0.00 | 25.55 | 76.65 |
| ER Life | | 0.00 | 2.79 | 8.37 |
| ER LTD | | 0.00 | 3.81 | 11.43 |
| ER QHD | | 0.00 | 769.67 | 2,309.01 |
| ER Vision | | 0.00 | 6.73 | 20.19 |
| Hol Float | | | | 570.24 |
| MDCL DP | | 0.00 | 243.85 | 731.55 |
| PTO | | | | 11.88 |
| Reg | 23.76 | 60.6667 | 1,441.44 | 4,052.27 |
| ShiftDiff | | | | 126.30 |
| VIS DP II | | 0.00 | 4.15 | 12.45 |
| **Gross Earnings** | | **60.6667** | **1,706.81** | **5,936.96** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | H | 1,571.34 | 0.00 | 71.11 |
| MED | | 1,591.34 | 23.07 | 81.06 |
| PA | S-0 | 1,591.34 | 48.85 | 171.62 |
| PA-350108 | | 1,591.34 | 54.11 | 190.09 |
| PA-SO44 | | 1,591.34 | 2.00 | 6.00 |
| PASUI-E | | 1,706.81 | 1.19 | 4.15 |
| SS | | 1,591.34 | 98.66 | 346.61 |
| **Taxes** | | | **227.88** | **870.64** |

| Deductions | Amount | YTD |
|---|---|---|
| 403B >50 Elec Wvd | 20.00 | 60.00 |
| Critical Illness | 7.95 | 23.85 |
| Dental Ins | 2.68 | 8.04 |
| DP Imputed Income Den | 17.37 | 52.11 |
| DP Imputed Income Med | 243.85 | 731.55 |
| DP Imputed Income Vis | 4.15 | 12.45 |
| DP Post Tax Dental | 2.85 | 8.55 |
| DP Post Tax Medical | 43.04 | 129.12 |
| HSA | 20.00 | 60.00 |
| QHD | 92.79 | 278.37 |
| **Deductions** | **454.68** | **1,364.04** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK | C | ***1146 | 1,024.25 |
| **Total Direct Deposits** | | | **1,024.25** |

The Wright Center for Graduate Medical Education | 501 S Washington Ave Ste 1000  Scranton, PA 18505 | (570) 941-0630 | FEIN: 23-2007832 | PA: 35-22144