# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
<u>Satellite Office</u>: Wilkes-Barre 823-9000

March 2, 2026

Lackawanna County Clerk's Office
Lackawanna County Government Center
123 Wyoming Avenue, First Floor
Scranton, PA 18503

      **RE:**    In re Christina Calamaco
                  5:26−bk−00398−MJC

Dear Sir or Madam:

      The notice sent to Home 365, 3080 S Durango DR. Suite 205, Las Vegas, NV 89117-9194 in the above case was returned to my office because the address was incorrect. Kindly change the address for Home 365 on the mailing matrix to the following:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Home 365 | Home 365 |
| 3080 S Durango DR. Suite 205 | 3031 Tisch Way #110 |
| Las Vegas, NV 89117-9194 | San Jose, CA 95128 |

      Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

                                                   Sincerely yours,

                                                   s/ Tiffany Bator
                                               Tiffany Bator
                                               Paralegal

/tb

* Board Certified - Consumer Bankruptcy Law - American Board of Certification